**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1295**

In re:  REMY BEAMON,

Petitioner.

On Petition for Writ of Mandamus.
(8:20-cr-00040-PX-1; 8:19-cr-00570-PX-2)

Submitted:  April 14, 2022                    Decided:  April 19, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Remy Beamon, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Remy Beamon petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied without prejudice Beamon's motion for compassionate release on March 25, 2022. Accordingly, because the district court has recently ruled on Beamon's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*